AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MARK S. MCFADDEN )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No.
) 8:13-CV-2501-T-35 EAJ
Florida Foreclosure Attorneys, PLLC )
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Florida Foreclosure Attorneys, PLLC
4855 Technology Way
Suite 630
Boca Raton, Florida 33431

13 SEP 27 AM 11:20 RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark S. McFadden
6070 66th Avenue North
Pinellas, Florida 33781

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 2 7 2013                             _____
                                                Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MARK S. MCFADDEN

*Plaintiff(s)*

v.

TRICIA HEFFLINGER

*Defendant(s)*

Civil Action No. 8:13-CV-2501-T-35EAJ

13 SEP 27 AM 11:20 RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tricia Hefflinger
4855 Technology Way
Suite 630, Boca Raton
Florida 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark S. McFadden
6070 66th Avenue North
Pinellas Park, Florida 33781

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| MARK S. MCFADDEN | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| BRAD ABRAMSON | ) | 8:13-CV-2501-T-35EAJ |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ BRAD ABRAMSON
4855 TECHNOLOGY WAY
SUITE 630
BOCO RATON, FLORIDA, 33431

13 SEP 27 AM 11:20 RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MARK S. MCFADDEN
6070 66TH AVENUE NORTH
PINELLAS PARK, FLORIDA, 33781

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2013

_Signature of Clerk or Deputy Clerk_