UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK S. MCFADDEN

    Plaintiff

-v-

FLORIDA FORECLOSURE ATTORNEYS, PLLC
TRICA HEFFINGER, Individually

BRAD ABRAMSON, Individually

Case No. 8:13-CV-2501-T-35EAJ



## MOTION TO DECLARE REQUEST FOR ADMISSIONS ADMITTED

    Plaintiff, Mark S. McFadden, hereby files this Motion to Deem Requests Admitted pursuant to FRCP Rule 36 and states:

1. Plaintiff served Defendant with Request for Admissions dated July 21st 2014 thru regular U.S. Mail.
2. Allowing 30 days plus 3 days for delivery the Responses to the Request for Admissions were due on or about August 23rd, 2014.
3. To date, there has been no response nor objection to the Request for Admissions have been received by the Plaintiff.
4. The Plaintiff is entitled to an Order of this Court declaring that the Requests for Admissions be deemed admitted.

    WHEREFORE, Plaintiff prays that this Court will enter an Order deeming the Request for Admissions admitted and grant such other and further relief as this Court deems just and proper under the circumstances.

Mark S. McFadden, Plaintiff



CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on August 26, 2014 I mailed a copy of this document to Kevin R. Gowen at Lincoln Plaza suite 1400, 300 South Orange Av., P.O.B. 1873, Orlando, Florida, 32802-1873.