## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARK S. MCFADDEN,

      Plaintiff,

v.                                                                 Case No: 8:13-cv-2501-T-35EAJ

FLORIDA FORECLOSURE
ATTORNEYS, PLLC, TRICIA
HEFFINGER, and BRAD ABRAMSON,

      Defendants.

_____/

### ORDER DIRECTING ADMINISTRATIVE CLOSURE

This Cause comes before the Court on Mediator's Report, (Dkt. 29) in which the mediator advises the Court that the case has completely settled.  Therefore, it is hereby **ORDERED as follows**:

This case is **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party